**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1802**

PHYLLIS GASTON,

        Plaintiff - Appellant,

    v.

ANSON COUNTY BOARD OF EDUCATION,

        Defendant - Appellee,

    and

MICHAEL FREEMAN; JOSHUA MCLAURIN; MARTY GODWIN; JOY DRAKE; KEVIN ADAMS,

        Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:17-cv-00232-RJC-DSC)

Submitted: December 17, 2019           Decided: December 19, 2019

Before KING, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phyllis Gaston, Appellant Pro Se. Daniel F.E. Smith, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phyllis Gaston appeals the district court's order granting summary judgment to her former employer and sanctioning her for failing to attend her deposition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gaston v. Anson Cty. Bd. of Educ.,* No. 3:17-cv-00232-RJC-DSC (W.D.N.C. July 1, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*